IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    PLAINTIFF,

-VS-   NO# 98-249 (SEC)

ALBERT GONZALEZ-ARIMONT,
    DEFENDANT,

## MOCION INFORMATIVA Y DE SOLICITUD

Yo, Albert Gonzalez-Arimont, me dirijo a esta corte de forma "Pro-Se", con respeto, para informar y solicitar lo siguiente.

### I. INFORMO:

1) Las veces que fui entrevistado por abogados y sicologos, en las fechas 1997 al 1998, tiempo en donde era menor de edad.

2) Nunca hubo un tutor familiar, para ayudarme a tomar deciciones, por ser yo menor de edad e inesperto, con la ley, el idioma y el proceso.

3) Por tal razon siempre tome las decisiónes que me dicto mi abogado, ya que segun El/Ella eran corectas y yo nunca entendi el proceso por el cual fui juzgado y haora entiendo ingles y me doy cuenta que fui enganado y pido Justicia Parcial.

4) Luego me asignaron un abogado para el proceso apelativo que me otorgo El Senor Juez, y dicho abogado "Mauricio Hernandez-Arroyo" hizo con mi apelacion un signumero de cosas bajo su criterio y sin mi consentimiento y se desaparecio al enviar un "Ander's Brief" con el cual yo NO, estoy de acuerdo y envie en Marzo/2001 yo una mocion para dejar claro que NO estaba de acuedo y La Corte no me la quiso aceptar, diciendo que llego tarde... todo por mi poco conocimiento de no ponerle correo certificado.

5) Me comunique con el abogado "Hernandez-Arroyo" via telefonica y hable con el referente al (Brief) que sometio ala Corte Apelativa. Tambien le comente y (Envie copia) de la mocion que le envie ala Corte, rechazando su (Brief) al terminar la conversacion telefonica se quedo que el correjiria el Brief, en comun acuerdo comigo, y lamentablemente NO e sabido mas de el y nada de mi proceso apelativo.

(1)

Cert. Mail # 7006 0810 0006 7619 0779

## II. SOLICITUD:

1) Hago solicitud a ests Corte con mucho respeto, de que me asignen un abogado que me asista legalmente.

2) Por que eh entendido que se me violaron mis derechos Constitucionales; eh leido casos nuevos que me aplican y por que aun me quedan recursos por utilizar segun la ley extipula. Delos cuales como cualquier otro ciudadano, acusado o convicto deseo tener el beneficio y la oportunidad. Al haber sido procesado en una Corte de Los Estados Unidos, de America.

3) Como lo establece La (#6 Sexta) Enmienda de los Estados Unidos. Que un acusado que NO tiene el conocimiento legal necesario para atender su juicio, apelacion, Ect. La Corte le otorga uno (Abogado) o hara lo debido por protejer los derechos del acusado o convicto segun la ley.

## III. CONCLUCION:

1) Por todo lo espuesto anteriormente, y con el respeto que se merece esta Corte de Los E.U., es mi deseo sea conciderada y dada a lugar esta mocion.

Respectfully Submitted,

C.C.

ALBERT GONZALEZ-ARIMONT #15005-069
(PRO-SE)
UNITED STATES PENITENTIARY BEAUMONT
P.O. BOX 26030
BEAUMONT, TEXAS 77720-6030

ENVIADA:    1    8    2008
             MES,  DIA,  ANO.

(2)