CERTIFIED MAIL

7006 0810 0006 7619 0779

GONZALEZ ARIMONT ALBERT
#15005-069
UNITED STATES PENITENTIARY
POST OFFICE BOX, 26030
BEAUMONT, TEXAS.
77720-6030

RETURN RECEIPT REQUESTED

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT COURT OF PUERTO RICO
ROOM 150 FEDERAL BUILDING
150 CARLOS CHARDON AVENUE
SAN JUAN, PUERTO RICO
00918-1767

