In The United States District Court

For The District of Puerto Rico

| | |
|---|---|
| Albert González-Arimont (Defendant) | *Crim.# 98-249 <br> * (SEC) <br> * <br> * RECEIVED & FILED <br> 2008 JUL -1 PM 2:26 <br> CLERK'S OFFICE <br> U.S. DISTRICT COURT <br> SAN JUAN, P.R. |
| vs | |
| United States of America (Plaintiff) | |

Motion Requesting Response As to Informative Motion And Of Soliciting

To The Honorable Court:

Comes Now, Defendant, Mr. Albert González-Arimont, and very respectfully States And prays As follows:

1) That on January 8TH, 2008 the defendant filed a motion to this Honorable Court titled: _Motion Informative y De Solicitud._

2) That until today's date, Defendant is still awaiting a response from this Honorable Court.

3) That even though Hon. Judge Salvador E. Casellas withdrew from assignment a substitute shall be assigned to comply with the Honorable Court's obligations to protect defendant's constitutional rights to the Fifth and Sixth Amendments.

Wherefore, Defendant, Mr. Albert González-Arimont, very respectfully moves this Honorable Court as to grant this motion.

Respectfully Submitted!

Mr. Albert González-Arimont
# 15005-069
U.S.P. Florence
P.O. Box: 7000
Florence, C.O. 81226

Sending on: 6-26-08