Albert González-Arimont
#15005-069

USP Florence
P.O. Box 7000
Florence, CO 81226

..."LEGAL MAIL"...

Mail it on: 6-26-08

Clerk's Office
U.S. District Court
Room #150 Federal Bldg
San Juan, P.R. 00918-1767

COLORADO SPRINGS
CO 809 3 T
27 JUN 2008 PM

00918+1399 C021